MICHAEL C. MILLS, ESQ.
Nevada Bar No. 003534
BAUMAN LOEWE WITT & MAXWELL
3650 N. Rancho Dr., Ste. 114
Las Vegas, Nevada 89130
Phone: 702-240-6060
Fax: 702-240-4267
mmills@blwmlawfirm.com

Attorneys for Defendants
Michael Williamson and FirstFleet, Inc.

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BARBARA MORIN, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL WILLIAMSON, an individual;<br>FIRSTFLEET, INC., a foreign corporation;<br>DOE INDIVIDUALS I-X, inclusive; and<br>ROE CORPORATIONS I-X, inclusive,<br><br>Defendants. | CASE NO: 2:22-cv-00583-JAD-NJK |

### ORDER TO MODIFY THE DISCOVERY PLAN AND SCHEDULING ORDER TO EXTEND DISCOVERY PLAN DEADLINES (THIRD REQUEST)

Plaintiff Barbara Morin and Defendants FirstFleet, Inc. and Michael Williamson, by and through their respective counsel, and pursuant to Local Rule 26-4, and via this Second Request stipulate to modify their discovery plan as follows:

1.  Plaintiff filed her Complaint on February 22, 2022 in the Eighth Judicial District Court, Clark County, Nevada.

2.  Defendants answered on March 28, 2022.

3.  Defendants removed the matter to this court on April 6, 2022.

4. Counsel for the parties conducted a Fed. R. Civ. P. 26(f) conference on April 28, 2022. The parties submitted their Joint Discovery Plan and Scheduling Order to the Court on May 5, 2022. The Court denied the parties' request for Special Scheduling Review. [ECF 7]

5. The parties prepared and filed a Stipulation and Order to Modify the Discovery Plan and Scheduling Order (Second Request) on July 19, 2022. The Court granted the Stipulation and Order. [ECF 21].

| | |
|---|---|
| Discovery Cut-Off: | 11/28/2022 |
| Last Day to Amend Pleadings: | 08/29/2022 |
| Expert Disclosure Deadline: | 09/26/2022 |
| Rebuttal Expert Disclosure: | 10/28/2022 |
| Dispositive Motions Deadline: | 12/27/2022 |
| Pre-Trial Order: | 01/30/2023 |

The second amended discovery plan was approved by United States Magistrate Judge Nancy J. Koppe on 07/20/2022.

6. In compliance with Local Rule 26-4, the parties provide the following information regarding the discovery status:

**(a) Discovery Completed pursuant to Fed. R. Civ. P. 26(a):**

**Defendants:**

| | |
|---|---|
| Defendants' Initial Disclosures | 05/11/2022 |
| Defendants' Requests for Production of Document | 05/03/2022 |
| Defendants' Interrogatories | 05/03/2022 |
| Defendants' Order submitted to medical providers via authorization provided by Plaintiff's attorney | 05/17/2022 |
| Defendants' First supplement Disclosures | 06/07/2022 |
| Defendants' Second Supplement Disclosures | 06/15/2022 |
| Defendants' Third Supplement Disclosures | 06/23/2022 |

| | | |
|---|---|---|
| 1 | Defendants' Fourth Supplement Disclosures | 07/12/2022 |
| 2 | Defendants' First Supplement Requests for | |
| 3 | Production of Documents | 07/18/2022 |
| 4 | Defendants' Fifth Supplement Disclosures | 08/05/2022 |
| 5 | Defendants' Sixth Supplement Disclosures | 09/02/2022 |
| 6 | Defendants' Seventh Supplement Disclosures | 09/13/2022 |
| 7 | Defendants' Eighth Supplement Disclosures | 09/19/2022 |
| 8 | Defendants' Ninth Supplement Disclosures | 09/26/2022 |
| 9 | Defendants' Tenth Supplement Disclosures | 10/07/2022 |
| 10 | Defendants' Eleventh Supplement Disclosures | 10/27/2022 |
| 11 | Defendants' Twelfth Supplement Disclosures | 11/09/2022 |
| 12 | Defendants' Thirteenth Supplement Disclosures | 11/21/2022 |
| 13 | Defendants' Fourteenth Supplement Disclosures | 11/28/2022 |
| 14 | Defendants' Fifteenth Supplement Disclosures | 01/04/2023 |
| 15 | Defendants' Sixteenth Supplement Disclosures | 01/13/2023 |
| 16 | Defendants' Seventeenth Supplement Disclosures | 01/27/2023 |

**Plaintiffs:**

| | | |
|---|---|---|
| 18 | Plaintiff's Initial Disclosures | 05/19/2022 |
| 19 | Plaintiff's First Supplement Disclosures | 05/31/2022 |
| 20 | Plaintiff Responded to Requests for Production | |
| 21 | of Documents | 06/10/2022 |
| 22 | Plaintiff Answered Interrogatories` | 06/10/2022 |
| 23 | Plaintiff's Second Supplement Disclosures | 06/17/2022 |
| 24 | Plaintiff attended her Independent Medical Examination | 07/08/2022 |
| 25 | Plaintiff's Third Supplement Disclosures | 08/22/2022 |
| 26 | Plaintiff First Supplemental Responses to Requests for | |
| 27 | Production of Documents | 08/23/2022 |

STIPULATION AND ORDER TO MODIFY THE DISCOVERY PLAN AND SCHEDULING ORDER TO EXTEND
DISCOVERY DEADLINES (THIRD REQUEST)
- PAGE 3 OF 5 -

4095329v1

| | | |
|---|---|---|
| 1 | Plaintiff First Supplemental Answers to Interrogatories | 08/29/2022 |
| 2 | Plaintiff's Fourth Supplement Disclosures | 09/23/2022 |
| 3 | Plaintiff's Fifth Supplement Disclosures | 11/02/2022 |
| 4 | Plaintiff's Sixth Supplement Disclosures | 11/07/2022 |
| 5 | Plaintiff's Seventh Supplement Disclosures | 11/18/2022 |
| 6 | Plaintiff's Eighth Supplement Disclosures | 11/28/2022 |
| 7 | Plaintiff's Ninth Supplement Disclosures | 12/21/2022 |
| 8 | Plaintiff's Tenth Supplement Disclosures | 01/23/2023 |
| 9 | Plaintiff's Eleventh Supplement Disclosures | 01/27/2023 |

**(b) Discovery that remains to be completed:**

None.

**(c) Reasons why discovery was not completed:**

The parties participated in a private mediation on January 24, 2023. The parties are still considering the mediator's proposal.

**(d)   Proposed Schedule:**

The parties propose a 30 day extension to submit the Pre-Trial Order. The parties recently mediated this case but were unsuccessful in resolving the matter. The parties did not want to spend the time preparing this order if the matter was going to settle. Now that there is no settlement, the parties are intent of preparing for trial. The proposed extended dates will be:

| | |
|---|---|
| Discovery Cut-Off: | CLOSED |
| Last Day to Amend Pleadings: | CLOSED |
| Expert Disclosure Deadline: | CLOSED |
| Rebuttal Expert Disclosure: | CLOSED |
| Dispositive Motions Deadline: | CLOSED |
| Pre-Trial Order: | 03/01/2023 |

(If dispositive motions are filed, the deadline for the filing of the joint pre-trial order will be

STIPULATION AND ORDER TO MODIFY THE DISCOVERY PLAN AND SCHEDULING ORDER TO EXTEND DISCOVERY DEADLINES (THIRD REQUEST)
- PAGE 4 OF 5 -

4095329v1

suspended until 30 days after decision on the dispositive motions or further court order.)

## CONCLUSION

For the foregoing reasons, the parties herein respectfully request this Honorable Court to modify the Discovery Plan and Scheduling Order to extend all discovery deadlines.

Approved as to form and content:

Dated this __30th__ day of January, 2023                Dated this __30th__ day of January, 2023

THE POWELL LAW FIRM                                      BAUMAN LOEWE WITT & MAXWELL

/s/ Ryan O'Malley                                        /s/ Michael C. Mills

PAUL D. POWELL, ESQ.                                     MICHAEL C. MILLS, ESQ.
Nevada Bar No. 7488                                      Nevada Bar No. 003534
RYAN T. O'MALLEY, ESQ.                                   3650 N. Rancho Dr., Ste. 114
Nevada Bar No. 12461                                     Las Vegas, NV 89130
The Powell Law Firm                                      Phone: 702-240-6060
8918 Spanish Ridge Ave., Ste. 100                        Fax:  702-240-4267
Las Vegas, NV 89148                                      Attorneys for Defendants,
Attorneys for Plaintiff,                                 Michael Williamson and FirstFleet, Inc.
Barbara Morin

## ORDER

IT IS SO ORDERED.

DATED this __31st__ day of __January__, 2023.

_____
UNITED STATES MAGISTRATE JUDGE

STIPULATION AND ORDER TO MODIFY THE DISCOVERY PLAN AND SCHEDULING ORDER TO EXTEND DISCOVERY DEADLINES (THIRD REQUEST)
- PAGE 5 OF 5 -

4095329v1