MICHAEL C. MILLS, ESQ.
Nevada Bar No. 003534
BAUMAN LOEWE WITT & MAXWELL
3650 N. Rancho Dr., Ste. 114
Las Vegas, Nevada 89130
Phone: 702-240-6060
Fax: 702-240-4267
mmills@blwmlawfirm.com

Attorneys for Defendants
Michael Williamson and FirstFleet, Inc.

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BARBARA MORIN, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL WILLIAMSON, an individual; FIRSTFLEET, INC., a foreign corporation; DOE INDIVIDUALS I-X, inclusive; and ROE CORPORATIONS I-X, inclusive,<br><br>Defendants. | CASE NO: 2:22-cv-00583-JAD-NJK<br><br><br><br>ECF No. 51 |

## STIPULATION AND ORDER TO DISMISS ALL CLAIMS WITH PREJUDICE AGAINST ALL DEFENDANTS

COMES NOW Plaintiff Barbara Morin by and through her attorney Traysen N. Turner, Esq. of the law firm of The Powell Law Firm, and Defendants Michael Williamson and FirstFleet, Inc. by and through their attorney Michael C. Mills, Esq. of the law firm of Bauman, Loewe, Witt & Maxwell PLLC, that the above-entitled action shall be dismissed as to both Defendants, with prejudice, and each party to bear its own attorneys' fees and Court costs.

The trial in this matter is currently set for January 23, 2024 and should be vacated.

/ / /

/ / /

THE PARTIES FURTHER SAYETH NAUGHT

**Approved as to Form and Content:**

Dated this 8th day of December, 2023

THE POWELL LAW FIRM

_____
PAUL D. POWELL, ESQ.
Nevada Bar No. 7488
TOM W. STEWART, ESQ.
Nevada Bar No. 14280
The Powell Law Firm
8918 Spanish Ridge Ave., Ste. 100
Las Vegas, NV 89148
Attorneys for Plaintiff Barbara Morin

**Submitted and Prepared By:**

Dated this 12 day of December, 2023

BAUMAN LOEWE WITT & MAXWELL

_____
MICHAEL C. MILLS, ESQ.
Nevada Bar No. 3534
3650 N. Rancho Dr., Ste. 114
Las Vegas, NV 89130
Phone: 702-240-6060
Fax: 702-240-4267
Attorneys for Defendants
Michael Williamson and FirstFleet, Inc.

### ORDER

Based on the parties' stipulation [ECF No. 51] and good cause appearing, IT IS HEREBY ORDERED that THIS ACTION IS DISMISSED with prejudice, each side to bear its own fees and costs. The Clerk of Court is directed to CLOSE THIS CASE.

_____
U.S. District Judge Jennifer A. Dorsey
December 14, 2023